B6A (Official Form 6A) (12/07)

In re  Jesse Bengtson,
       Natalie Bengtson
                                                                                    Case No.  10-31388
                                    Debtors

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 7175 125th St. N., White Bear Lake MN, more particularly known as:<br>Lot I, Block 2, Dellwood Ridge, Washington County, Minnesota<br><br>Debtors' homestead | Fee simple | J | 615,000.00 | 831,510.00 |
| 4877 Johnson Ave., White Bear Lake, MN 55110, more particularly known as:<br>AUERBACH'S REARRANGEMENT OF PART OF WHITE BEAR, RAMSEY CO MINN. LOT 5 BLK 31 | Fee simple | J | 275,000.00 | 331,906.00 |
| 145 Spires Lane, #408, Santa Rosa Beach, FL 32459, more particularly known as:<br>Unit Number 408 of Gulf Place Cabanas, a condominium, according to the Declaration of Condominium thereof, as recorded in OR Book 2048, Page 149, and as Amended in OR Book 2067, Page 438, of the public records of Walton County, Florida, together with an undivided interest in the common elements thereto. Subject to and in accordance with the covenants, conditions, restrictions, terms, and other provisions of said Declaration. | Fee simple | J | 207,500.00 | 426,792.13 |
| 14099 W County Hwy E, Bass Lake, WI S17-T40N-R08 W GOVT LOT 1<br>(Debtors claim 25% interest)<br>Debtors believe that the property is encumbered by liens in excess of its value. Debtors are not obligated on the debt that is secured by these liens, | 30% Fee Simple | J | 150,000.00 | 0.00 |

                                                              Sub-Total >    1,247,500.00    (Total of this page)

                                                              Total >        1,247,500.00

  0   continuation sheets attached to the Schedule of Real Property
                                                              (Report also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Jesse Bengtson**
**Natalie Bengtson**
      Debtor(s).

**SIGNATURE DECLARATION**

Case No. **10-31388**

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe:_____)

We, the undersigned debtors or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number; and
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable.

Date: July 9, 2010

X _/s/ Jesse Bengtson_
Signature of Debtor or Authorized Representative

**Jesse Bengtson**
Printed Name of Debtor or Authorized Representative

X _/s/ Natalie Bengtson_
Signature of Joint Debtor

**Natalie Bengtson**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)